IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 07-00326-01-CR-W-NKL |
| PATRICIA ANN FOREMAN | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and after a de novo review of the record, the Court finds that Defendant Patricia Ann Foreman is competent to understand the nature and consequence of the proceedings against her and to properly assist in her defense.

IT IS SO ORDERED.

      s/ Nanette K. Laughrey
      NANETTE K. LAUGHREY
      United States District Judge

Dated: July 28, 2008
Jefferson City, Missouri