IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America, )<br>    Plaintiff, )<br>  v. ) 07-0326-01-CR-W-FJG<br>Patricia Ann Foreman, )<br>    Defendant. ) | |

## ORDER

    Pending before this Court is the issue of defendant's mental competency. On May 18, 2012, this Court issued an order (Doc. #142) which committed defendant to an appropriate facility, pursuant to 18 U.S.C. § 4241(b) to determine whether defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. A forensic evaluation was prepared by Lisa Hope, Psy.D. (Doc. #147, October 3, 2012). It was the opinion of Dr. Hope that there is no objective evidence to indicate the defendant suffers from a major mental disorder or defect that would impair her present ability to understand the nature and consequences of the court proceedings against her, or her ability to properly assist counsel in her defense. A competency hearing was held by United States Magistrate Judge John T. Maughmer on September 18, 2012, at which time the parties stipulated to the psychiatric evaluation report. Judge Maughmer entered a report and recommendation on October 3, 2012 (Doc. #16) which found defendant competent to understand the nature and consequences of the proceedings against her and to assist properly in her own defense.

    Therefore, with no objections having been filed and after making an independent review of the record, it is

1

ORDERED that the Report and Recommendation of Magistrate Judge John T. Maughmer (Doc. #146, October 3, 2012) is adopted in its entirety, and this Court finds that defendant is competent to understand the proceedings against her and to properly assist in her own defense.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: November 6, 2012
Kansas City, Missouri